1  SHAWN N. ANDERSON
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
3  P.O. Box 500377
   United States Courthouse, Second Floor
4  Saipan, MP 96950
   TEL:  (670) 236-2980
5  FAX:  (670) 236-2985

6  Attorneys for the United States of America

FILED
Clerk
District Court

FEB 2 7 2024

for the Northern Mariana Islands
By _____
          (Deputy Clerk)

7              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN MARIANA ISLANDS
8
                                              CR 23-00026

   UNITED STATES OF              Criminal Case No. _____
9  AMERICA,
                                      S U P E R S E D I N G
10        Plaintiff,                   I N D I C T M E N T

11            vs.               **Count One:** Attempted Sexual Exploitation of a Child
                                   18 U.S.C. §§ 2251(a) and (e)
12  **DAVID MATTHEW FRAHM,**
                               **Count Two:** Possession of Child Pornography
13        Defendant.              18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)

14                             **Count Three:** Engaging in Illicit Sexual Conduct
                                          in Foreign Places
15                                18 U.S.C. §§ 2423(c) and (f)

16

17  THE GRAND JURY CHARGES THAT:

18       **Count One: Attempted Sexual Exploitation of a Child**

19
         In or about March 2019 in the District of the Northern Mariana Islands and elsewhere,
20
   defendant **DAVID MATTHEW FRAHM** did attempt to employ, use, persuade, induce, entice,
21
   and coerce a minor with the intent that the minor engage in sexually explicit conduct for the
22
   purpose of producing a visual depiction of such conduct, knowing or having reason to know that
23

   SUPERSEDING INDICTMENT - 1

1  such visual depiction will be transported or transmitted using a means or facility of interstate

2  commerce, and that visual depiction would be produced or transported using materials that have

3  been mailed, shipped, or transported in or affecting interstate commerce, including by computer,

4  to wit, by attempting to take digital pictures of a minor using a toilet in the high school where

5  defendant was employed, by using a mobile computer device that travelled in interstate

6  commerce and was capable of connecting to the internet, in violation of Title 18, United States

7  Code, Sections 2251(a) and (e).

8

9  ## Count Two:  Possession of Child Pornography

10      On or about March 27, 2019, in the District of the Northern Mariana Islands, defendant

11  **DAVID MATTHEW FRAHM**  knowingly possessed and accessed with intent to view material

12  that contained an image of child pornography, as defined in Title 18, United States Code, Section

13  2256(8)(A), that was mailed, or shipped or transported using any means or facility of interstate

14  or foreign commerce and in or affecting interstate or foreign commerce by any means, including

15  by computer, to wit, by knowingly possessing a computer file that depicts a minor child engaged

16  in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section

17  2256(2)(A)(v), said image having been created in Ukraine and distributed via the internet, in

18  violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

19
//
20
//
21
//
22
//
23
//

SUPERSEDING INDICTMENT - 2

**Count Three:  Engaging in Illicit Sexual Conduct in Foreign Places**

On or about February 1, 2024, defendant **DAVID MATTHEW FRAHM** was a citizen of the United States of America who was residing in Malaysia, a foreign country, who engaged in illicit sexual conduct with another person, to wit, by producing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), by producing a visual depiction by video of sexually explicit conduct that involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A)(v), in violation of Title 18, United States Code, Sections 2423(c) and (f).

A TRUE BILL, SUBMITTED THIS 27th DAY OF FEBRUARY 2024.

Signature of foreperson has been **REDACTED** pursuant to the Privacy Policy of the Judicial Conference of the United States.

SHAWN N. ANDERSON
United States Attorney

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney

SUPERSEDING INDICTMENT - 3